IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA AND THOMAS KLAUS, <br><br> Plaintiffs, <br><br> v. <br><br> AMC ENTERTAINMENT HOLDINGS, INC., <br><br> Defendant. | Civil Action No. 21-cv-00096-JFC |

## STATUS REPORT AND NOTICE OF SETTLEMENT

Plaintiffs, Robert Jahoda and Thomas Klaus (collectively, "Plaintiffs"), and Defendant, AMC Entertainment Holdings, Inc. ("AMC") report that they have reached an agreement in principle that will resolve this matter. Plaintiff anticipates filing a Notice of Voluntary Dismissal with Prejudice within thirty (30) days of this notice.

The Parties respectfully request the Court vacate any pending deadlines (ECF No. 16) and vacate the presently scheduled telephone status conference set for July 15, 2021.

Date: July 9, 2021

By: /s/ *Minh N. Vu*

Minh N. Vu (admitted pro hac vice)
Seyfarth Shaw LLP
975 F. St. N.W.
Washington, DC 20004
Telephone: (202) 463-2400

Kevin A. Fritz (admitted pro hac vice)
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: 312-460-5586

Counsel for Defendant

By: /s/ *R. Bruce Carlson*

R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue
Pittsburgh, PA 15222
Telephone: (412) 322-9243

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ R. Bruce Carlson*
                                         R. Bruce Carlson