IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

ROBERT JAHODA AND THOMAS KLAUS,

      Plaintiffs,

    v.

AMC ENTERTAINMENT HOLDINGS,
INC.,

      Defendant.

Civil Action No. 21-cv-00096-JFC

## <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Robert Jahoda and Thomas Klaus hereby voluntarily dismiss with prejudice their claims against Defendant AMC Entertainment Holdings, Inc.

Dated: July 21, 2021      Respectfully Submitted,

      */s/ R. Bruce Carlson*
      R. Bruce Carlson
      bcarlson@carlsonlynch.com
      Nicholas A. Colella
      ncolella@carlsonlynch.com
      Ian M. Brown
      ibrown@carlsonlynch.com
      **CARLSON LYNCH, LLP**
      1133 Penn Avenue, 5th Floor
      Pittsburgh, PA 15222
      Phone: (412) 322.9243

      *Counsel for Plaintiffs*